UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *et al.*,<br><br>                    Plaintiff,<br><br>-v.-<br><br>COPPER COMPRESSION BRANDS LLC, *et al.*,<br><br>                    Defendants. | 20 Civ. 4604 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed that the parties have reached an impasse in settlement discussions.  Therefore, the parties are ORDERED to submit a revised joint proposed case management plan on or by December 16, 2020. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-katherine-polk-failla.

        SO ORDERED.

Dated:      December 9, 2020
            New York, New York

                                         _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge