UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEAVILLAGE PRODUCTS CORP., *et al.*,

               Plaintiff,

-v.-

COPPER COMPRESSION BRANDS LLC, *et al.*,

               Defendants.

20 Civ. 4604 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The deadline for fact discovery is hereby extended to July 8, 2021. The deadline for expert discovery is hereby extended to August 24, 2021. The conference scheduled for May 25, 2021, is hereby ADJOURNED to July 13, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    March 9, 2021
             New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge