UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *et al.*,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>COPPER COMPRESSION BRANDS LLC, *et al.*,<br><br>                              Defendants. | 20 Civ. 4604 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiffs' motion to file a second amended complaint and supporting papers. (Dkt. #50-52). The Court accepts Plaintiffs' motion despite Plaintiffs' failure to comply with the Court's individual rules of practice. Defendants shall file their opposition on or by June 11, 2021. Plaintiffs' reply shall be due on or by June 25, 2021.

    SO ORDERED.

Dated:    May 18, 2021
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge